IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| John Doe, ) | Civil Action No. 3:21-cv-02748-MGL |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STATE ETHICS COMMISSION** |
| ) | **DEFENDANTS' RESPONSE TO** |
| Childs Cantey Thrasher, Donald Gist, ) | **PLAINTIFF'S MOTION TO PROCEED** |
| Brian M. Barnwell, Scott E. Frick, AJ ) | **ANONYMOUSLY** |
| Holloway, Don Jackson, and Brandolyn ) | |
| Thomas Pinkston, in their official ) | |
| capacities as members of the South ) | |
| Carolina Ethics Commission; Alan Wilson, ) | |
| in his official capacity as Attorney ) | |
| General; and Byron Gipson, in his official ) | |
| capacity as Fifth Circuit Solicitor, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendants Childs Cantey Thrasher, Donald Gist, Brian M. Barnwell, Scott E. Frick, AJ Holloway, Don Jackson, and Brandolyn Thomas Pinkston, in their official capacities as members of the South Carolina Ethics Commission (collectively, the State Ethics Commission), submit this response to Plaintiff John Doe's motion to proceed anonymously. See ECF No. 8. The State Ethics Commission takes no position on Plaintiff's motion and would respectfully defer to the Court's judgment on this matter.

*(Signature page to follow)*

Respectfully submitted,

/s/Vordman Carlisle Traywick, III
Rebecca Laffitte (Fed. ID 1036)
Robert E. Tyson, Jr. (Fed. ID 7815)
Vordman Carlisle Traywick, III (Fed. ID 12483)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400
blaffitte@robinsongray.com
rtyson@robinsongray.com
ltraywick@robinsongray.com

*Counsel for State Ethics Commission Defendants*

Columbia, South Carolina
September 10, 2021

2