IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John Doe | ) | Civil Action No. 3:21-CV-02748-MGL |
| | ) | |
| Plaintiffs, | ) | |
| | **)** | |
| v. | ) | **RETURN OF ATTORNEY GENERAL** |
| | ) | **TO MOTION TO PROCEED** |
| Childs Cantey Thrasher. et al, | ) | **ANONYMOUSLY** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Alan Wilson, in his official capacity as Attorney General, takes no position as to Plaintiff's Motion to Proceed Anonymously (ECF No. 8) and respectfully defers to the Court's judgment regarding this Motion.

        Respectfully submitted,

        ALAN WILSON
        Attorney General
        Federal ID No.10457

        ROBERT D. COOK
        Solicitor General
        Federal ID No. 285
        Email: RCook@scag.gov

        /s/ J. Emory Smith, Jr.
        J. EMORY SMITH, JR.
        Deputy Solicitor General
        Federal ID No. 3908
        Email: ESmith@scag.gov

        Post Office Box 11549
        Columbia, South Carolina 29211
        Phone: (803) 734-3680
        Fax: (803) 734-3677

September 13, 2021                Counsel for the Attorney General