**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| John Doe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:21-cv-02748-MGL |
| vs. ) | |
| ) | |
| Childs Cantey Thrasher, Donald Gist, Brian ) | |
| M. Barnwell, Scott E. Frick, AJ Holloway, ) | |
| Don Jackson, and Brandolyn Thomas ) | |
| Pinkston, in their official capacities as ) | **DEFENDANTS' AND INTERVENOR-** |
| members of the South Carolina Ethics ) | **DEFENDANTS' JOINT RESPONSE TO** |
| Commission; Alan Wilson, in his official ) | **PLAINTIFF'S MOTION TO AMEND** |
| capacity as Attorney General; and Byron ) | **CAPTION** |
| Gipson, in his official capacity as Fifth ) | |
| Circuit Solicitor, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| Thomas C. Alexander, in his official ) | |
| capacity as President of the South Carolina ) | |
| Senate; and James H. Lucas, in his official ) | |
| capacity as Speaker of the South Carolina ) | |
| House of Representatives, ) | |
| ) | |
| Intervenor-Defendants. ) | |
| ) | |
| ) | |

Defendants Childs Cantey Thrasher, Donald Gist, Brian M. Barnwell, Scott E. Frick, AJ Holloway, Don Jackson, and Brandolyn Thomas Pinkston, in their official capacities as members of the South Carolina Ethics Commission; Alan Wilson, in his official capacity as Attorney General; and Byron Gipson, in his official capacity as Fifth Circuit Solicitor, and Intervenor-Defendants Thomas C. Alexander, in his official capacity as President of the South Carolina Senate; and James H. Lucas, in his official capacity as Speaker of the South Carolina House of

Representatives, hereby jointly submit their response to Plaintiff's Motion to Amend Caption [ECF No. 60].

On May 4, 2022, Plaintiff John Doe moved under Rule 10(a) of the Federal Rules of Civil Procedure to amend the caption in this action to identify the Plaintiff by name. *See id.* at 1. In response, Defendants and Intervenor-Defendants take no position on Plaintiff's Motion to Amend Caption.

Respectfully submitted,

s/ Vordman Carlisle Traywick, III
Rebecca Laffitte
Federal ID No. 1036
Robert E. Tyson, Jr.
Federal ID No. 7815
Vordman Carlisle Traywick, III
Federal ID No. 12483
ROBINSON GRAY STEPP
& LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400
blaffitte@robinsongray.com
rtyson@robinsongray.com
ltraywick@robinsongray.com

*Counsel for State Ethics Commission Defendants*

s/ J. Emory Smith, Jr.
J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
(803) 734-3680
Email: esmith@scag.gov

s/ Steven R. Spreeuwers
ROBERT D. GARFIELD
Federal ID No. 7799
STEVEN R. SPREEUWERS
Federal ID No. 11766
CROWE LAFAVE, LLC
Post Office Box 1149
Columbia, South Carolina 29202
(803) 999-1225
robert@crowelafave.com
steve@crowelafave.com

*Counsel for Defendant Byron Gipson, in his official capacity as Fifth Circuit Solicitor*

s/ Kevin A. Hall
Federal Bar No. 5375
kevin.hall@wbd-us.com
M. Todd Carroll
Federal Bar No. 9742
todd.carroll@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
1221 Main Street, Suite 1600
Columbia, South Carolina 29201
803-454-6504

*Attorneys for Senator Thomas C. Alexander, in his capacity as President of the South Carolina Senate*

| | |
|---|---|
| ALAN WILSON<br>Attorney General<br>Federal ID No.10457<br><br>ROBERT D. COOK<br>Solicitor General<br>Federal ID No. 285<br><br>*Counsel for Defendant Attorney General* | s/ Susan P. McWilliams<br>Susan P. McWilliams<br>Federal ID No. 3351<br>smcwilliams@nexsenpruet.com<br>Mark C. Moore<br>Federal ID No. 4956<br>mmoore@nexsenpruet.com<br>Michael A. Parente<br>Federal ID No. 13358<br>mparente@nexsenpruet.com<br>NEXSEN PRUET, LLC<br>1230 Main Street, Suite 700<br>Columbia, SC 29201<br>(803) 771-8900<br><br>*Counsel for Representative James H. ("Jay") Lucas, in his capacity as the Speaker of the South Carolina House of Representatives and the South Carolina House of Representatives* |

May 18, 2022
Columbia, South Carolina