AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Rhodes Bailey,<br>*Plaintiff*<br>v.<br>Childs Cantey Thrasher, Donald Gist, Brian M. Barnwell, Scott E. Frick, AJ Holloway, Don Jackson, and Brandolyn Thomas Pinkston, in their official capacities as members of the South Carolina Ethics Commission; Alan Wilson, in his official capacity as Attorney General; and Byron Gipson, in his official capacity as Fifth Circuit Solicitor,<br>*Defendants*<br>and<br>Thomas C. Alexander, in his official capacity as President of the South Carolina Senate; Representative James H. ("Jay") Lucas, in his capacity as the Speaker of the South Carolina House of Representatives; and the South Carolina House of Representatives,<br>*Intervenor-Defendants* | Civil Action No.     3:21-cv-02748-MGL |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ the plaintiff, John Rhodes Bailey, take nothing of the defendants, Childs Cantey Thrasher, Donald Gist, Brian M. Barnwell, Scott E. Frick, AJ Holloway, Don Jackson, and Brandolyn Thomas Pinkston, in their official capacities as members of the South Carolina Ethics Commission; Alan Wilson, in his official capacity as Attorney General; and Byron Gipson, in his official capacity as Fifth Circuit Solicitor, and the intervenor-defendants, Thomas C. Alexander, in his official capacity as President of the South Carolina Senate; Representative James H. ("Jay") Lucas, in his capacity as the Speaker of the South Carolina House of Representatives; and the South Carolina House of Representatives, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding. The Court having dismissed this action with prejudice.

Date:   May 19, 2022                                                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                            s/Charles L. Bruorton
                                                                                                              *Signature of Clerk or Deputy Clerk*